# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| REESE HALLAK, § | |
| Plaintiff, § | |
| v. § | Civil Action No. 4:17-cv-00237-O-BP |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 33). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The undersigned has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Abate Pending Appraisal (ECF No. 24) is **GRANTED**. This case is abated until such time as the parties complete the appraisal process provided for in the insurance policy. The parties shall file a joint status report every sixty (60) days informing the Court of the status of the completion of these requirements. The Clerk shall close this case for statistical purposes pending further order of the Court.

**SO ORDERED** on this **20th day** of **September, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE